USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADWEEK, LLC,

                    Plaintiff,

       -against-

ERIC POMPEI,

                    Defendant.

1:20-cv-08369-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      This action was removed to this Court from New York State Supreme Court, County of New York, on October 7, 2020 [ECF No. 1]. On December 2, 2020, the Court entered an Order directing (1) Plaintiff to show cause, in writing, why Plaintiff has failed to appear or taken any action to prosecute the case and (2) Defendant to serve the Order on Plaintiff on or before December 7, 2020, and file proof of such service on or before December 11, 2020 [ECF No. 6]. To date, Defendant has failed to file such proof of service. Accordingly, IT IS HEREBY ORDERED that Defendant shall serve Plaintiff with the Court's Order dated December 2, 2020 [*see* ECF No. 6.] on or before January 5, 2021, and file proof of such service on or before January 7, 2021. IT IS FURTHER ORDERED that on or before January 7, 2021, Defendant shall file a letter explaining why counsel should not be sanctioned for failing to comply with the Court's Order dated December 2, 2020.

**SO ORDERED.**

**Dated: December 28, 2020**
      **New York, NY**

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**